Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

| | |
|---|---|
| *Victor L Ramos* | Case No. 3:22CV1067(OAW) |
| _____ | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| *Fitzery, John Doe, Rand;* | |
| _____ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

Case No. _____ )
3:22CV1067(OAW)
*(to be filled in by the Clerk's Office)*

SCANNED at
and Emailed
8/22/22 by CCC, 28 pages
date    initials   No.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    *Victor Ramos*

All other names by which

you have been known:

ID Number                               *257516*

Current Institution                     *245 Whalley Ave*

Address                                 *New Haven C.T  06511*

|              |             |              |
|--------------|-------------|--------------|
| *City*       | *State*     | *Zip Code*   |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    *Tiffany*

Job or Title *(if known)*               *Head of Drapelick Halfway house*

Shield Number

Employer                                *Drapelick Halfway house*

Address                                 *1095 Bluehill Ave*

                                        *Bloomfield  C.T.  06002*
                                        *City        State      Zip Code*

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name                                    *Randy*

Job or Title *(if known)*               *Supervisor*

Shield Number

Employer                                *Drapelick Halfway house*

Address                                 *1095 Bluehill Ave*

                                        *Bloomfield  C.T.  06002*
                                        *City        State      Zip Code*

☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                           *John Doe*

    Job or Title *(if known)*   *Employee*

    Shield Number          *Drapelick Halfway house*

    Employer

    Address                  *1095 Blue hill Ave*

                              *Bloomfield*     *C.T.*     *06002*

                            *City*          *State*       *Zip Code*

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                            *City*          *State*       *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

          *See Attached.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attached.*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*   *Escape from A halfway house.*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Deapolick halfway house*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached*

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See Attached*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.      If you did file a grievance:

1.    Where did you file the grievance?

N/A

2.    What did you claim in your grievance?

N/A

3.    What was the result, if any?

N/A

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      8/11/22

Signature of Plaintiff        *Victor Ramos*

Printed Name of Plaintiff     *Victor Ramos*

Prison Identification #        257516

Prison Address                 245 Whalley Ave

New Haven                        C.T.        06511

       *City*               *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

       *City*               *State*        *Zip Code*

Telephone Number

E-mail Address

Statement of Facts

1) On March 4, 2021 I was Released from Federal Prison Allenwood After Serving 102 months ....

2) I was Sent to Dempsick Federal Halfway house on March 4, 2021

3) On or About the Months of April & May defendant John Doe who works at the halfway house Stole My Personal Number from the halfway house computer & called me from his Personal Phone.

4) While I was performing My work duties I Received A Call from A unknow Number that I wasnot familiar with.

5.) when I Answered the Phone it was defendant John Doe telling Me that the halfway house phone were down

6) Deffendent John Doe went On to Say that when I entered the halfway house On March 4, 2021 that me & Another inmate look good & that I was the best looking. Not to Mention My boss ; his barber heard

the whole convo, which was on Speaker.

7) I was taken aback; Asked him what the hell he was talking About.

8) Defendant John Doe then hung up on Me...

9) After work I went back to the halfway house hurt because I "dasot" like Men.

10) I immediately bring My Complaint to Defendant Tiffany.

11) I ordered Tiffany to Call My boss to Substantiate My Claim that Defendant John Doe was Sex harrassing Me.

12) My Boss wrote A Statement; verbally Made A Statement to Verify My Claim of Sex harrassment.

13) In Tiffany's office I wrote A State Against Defendant John Doe Sex harrassment which we both Signed; dated.

14) Tiffany then switched Defendant John Doe shift from 2nd shift to 1st shift.

15) My schedule for Work was 6am to 4pm; 6pm to 9:45pm to Attend G.E.D Classes.

16) I would like to Emphasize that Sunday were My Only Day off.

17) On Sundays Defendant John Doe would Conduct Every hour According to Protocol.

18) Defendant John Doe would harrass Me when I would be in the shower. he continue Knocking on the door Repeatedly After I would State My last Name "Ramos" for count.

19) Defendant John Doe did this numerous times harrassing Me after I filed A Complaint Against him.

20) Defendant would Continue to harrass Me by Conducting count Every hour "Winking At Me"; "smiling".

21) I would feel offended; Ask Defendant John Doe why are you winking; Smiling At Me for I Already filed A Complaint Against you.

22) Defendant John Doe would Simply Smile; walk Away Saying Nothing.

23) On June 5, 2021 Defendant John Doe Called Me from the Halfway House Phone stating I was An hour late to Come back to the halfway house.

24) I told him No I am not My pass is until 9:45pm

25) Defendant John Doe Stated No your pass is Over At 7:30pm

26) I then got Mad & told him My "Case worker" Made All My Passes from 6:00Am to 9:45pm.

27) In Bloomfield/Hartford C.T. I was given leeway to come to the halfway house at 9:45pm Cause On Saturday & sunday the Buses Run Every 3 hours.

28) Defendent John Doe stated I'm looking At the computer & you were Supposed to Come back At 7:30pm I'm giving you A chance to Come back.

29) I Return back at the halfway house At 8:45pm & told John Doe that you Are Making Me Miss My Appointment to Go See A Studio Apartment Cause of your bullshirt.

30) I then told John Doe to Call the Supervisor Tiffany but he Refused & Called A guy call Randy Another Staff.

31) Randy was on speaker phone telling Me to Calm Down & Repeatedly stated I need to talk to tiffany but they Refused.

32) I told Randy you know Me : John Doe aren't to be in Any Contact So why he was change My Passed that where Approved Already.

33) I told Randy im Refused to Sign into the halfway house with My fingerprint info I Speak to tiffany

34) Defendant John Doe stated that he needed to put Me down. And I Refused caused I Already have A Complaint Against him.

35) I went outsided to Smoke A Cigarrete : Calm down : they John Doe Refuse to let Me back in the Drapshick halfway house.

36) When I saw Another Resident Coming in I made My way inside.

37) Defendant John Doe stated he got orders from Randy that he couldn't let Me back in : I forced My Way.

38) I then went to My Room : grabbed what I can & left the halfway house.

39) I was living On the streets homeless : lost My Job because of this Situation.

40) Defendant John Doe off further Hurley My legal work including the Statement Against him to cover hisself.

Legal Claims

Defendant John Doe violated My 1st; 14th Amendment to the U.S Const. As well As, the CT Const. Article First.

Also, Sexual harrasment, harrasment, Emotional distress; Intentional Infliction of Emotional distress.

Defendant John Doe Ralahated when I filed A Complaint of Sexual harrasment to his Supervisor tiffany. He kept harrassing Me after the fact by knocking on the door to My Shower Repeated At count times. Winking At Me, Smiling At Me, Moving My Curfew to the halfway house. to 7:30pm instead of 9:45pm. All in Attempt to Vex; Annoy Me Which Resulted in John Doe locking plaintiff out of the halfway house denying him Due process.

The Actions Caused by John doe Cause plaintiff to feel uncomfortable, Angry; Embarrassed. John Doe intentionally cause plaintiff to feel un Comfortable, Angry, ; Embarrassed

(1 of 2)

Not to Mention, John Doe conspired with

Randy to throw away his legal work, birth Certificate

& SSD Violating Sec 1985(3) Conspiracy.

## Legal Claims

Defendant Randy violated My 1st ; 14th Amendments to the U.S. Const. As well As. the C.T. Const Article first. Harrassment, Emotional distress ; Intentional Infliction of Emotional Distress. Not to Mention "Supervisory liability" for failing to track or Supervise ; Allowing unconstitutional Acts to Continue.

Defendant Randy is the 2nd in charge under tiffany ; failed to train ; or Supervise defendant John Doe As well As Allowing unconstitutional violations to Persist. Randy Refused to Call the Boss tiffany to Resolve the issue concering the 9:15pm curfew that was Set forth by Plaintiff's case worker. When Randy Refused to Call tiffany Plaintiff left to Smoke A Cigarette ; not given the chance to Reenter the halfway house per Randy's order's. Randy conspired with defendant John Doe to violate his due process by not letting plaintiff Reenter the halfway house.

Randy was Also guilty of letting defendant John Doe Attempt to pat down plaintiff Knowing the ongoing harrassment ; complaint of Sexual Harrassment

(1 of 2)

All of the Acts constitute intentional infliction

of Emotional Distress; Not to Mention, the defendants

Randy & John Doe threw Away My legal Work

Along with birth Certificate; SSD violating Sec 1985

Conspiracy.

(2 of 2)

## Legal Claims

Defendant Tiffany Violated Supervisory liability Along with the 1st & 14th Amendment to the U.S. cas. Along with the C.T.

Cons Art 1

Tiffany failed to train or Supervise her Subordinates As well As Allowing unconstitutional Acts to Continue to take place under her watch.

If Anything happens while she is in charge then she is to blame.

Prayer for Relief

Plaintiff Respectfully Asks this Court to Sue Each Defendant in their Individual & official Capacities.

$ 50K each Compensatory damages
$ 80K each punitive damages
$ 50K each nominal damages

$ 540·00 K total + fees & Costs

   WAIVE All cost of INCARCERATION